UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANILO MALDONADO,

                Petitioner,

    -against-

SUPERINTENDENT MICHAEL P. McGINNIS,
of Southport Correctional Facility,
                Respondent.
------------------------------------------------------------X

07 CIVIL 2999 (AKH)

**JUDGMENT**

**SCANNED**

A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the Honorable Alvin K. Hellerstein, United States District Judge, and the Court, on June 27, 2008, having rendered its Order denying the petition for a writ of habeas corpus, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 27, 2008, the petition for a writ of habeas corpus is denied; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

DATED: New York, New York
           June 30, 2008

                          J. MICHAEL McMAHON
                          Clerk of Court

BY:
                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____